# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| DAVID CORNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:19-cv-00569 |
| CSX TRANSPORTATION, INC., | ) JURY DEMAND |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), please take notice that the Plaintiff, and by agreement with counsel for Defendant, stipulates a dismissal of this action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal dismisses this case against the Defendant with prejudice, with each party to bear their own costs.

ENTER this 18th day of November, 2021.

**APPROVED FOR ENTRY:**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT |
|---|---|
| */s/ Charles Edward Sorey, II (by M.T. Gallagher, with permission)* | */s/ Mary Taylor Gallagher* |
| William B. Hicky | Christopher W. Cardwell |
| Attorney at Law | Mary Taylor Gallagher |
| Two American Center | Matthew B. Haskell |
| 3102 West End Avenue, Suite 400 | GULLETT, SANFORD, ROBINSON & MARTIN, PLLC |
| Nashville, TN 37203 | 150 Third Avenue South, Suite 1700 |
| will@hickylaw.com | Nashville, TN 37201 |
| | (615) 244-4994 (Telephone) |
| Charles Edward Sorey, II | (615) 256-6339 (Facsimile) |
| H. Chris Christy Law Firm | ccardwell@gsrm.com |
| 1000 Highland Colony Pkwy, Ste. 5203 | mtgallagher@gsrm.com |
| Ridgeland, MS 391157 | mhaskell@gsrm.com |
| eddysorey@gmail.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of November, 2021, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      William B. Hicky
Attorney at Law
Two American Center
3102 West End Avenue, Suite 400
Nashville, TN 37203
will@hickylaw.com

Charles Edward Sorey, II
H. Chris Christy Law Firm
1000 Highland Colony Pkwy, Ste. 5203
Ridgeland, MS 391157
eddysorey@gmail.com

*/s/ Mary Taylor Gallagher*